OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Charles C. STAROPOLI, Respondent.

No. 925 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 8, 2004.

*ORDER*

PER CURIAM.

AND NOW, this 8th day of July, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated April 1, 2004, it is hereby

ORDERED that Charles C. Staropoli be and he is suspended from the Bar of this Commonwealth for a period of one year retroactive to July 1, 2003, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplin-

ary Board pursuant to Rule 208(g), Pa. R.D.E.